ARTHUR RYAN, Appellant, v. JOSEPH V. O'LEARY, as Comptroller of the State of New York, et al., Respondents, et al., Defendants.—

Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ. CONSTANCE STUPORE et al., Appellants, v. AVANTI REALTY CORPORATION et al., Respondents.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur. MARGARET VIRGINIA, Respondent, v. MAURICE F. DRAYE et al., Appellants.—

No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.